UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT ASHLAND
CIVIL ACTION NO. 14-CV-00053-HRW
*ELECTRONICALLY FILED*

JEFFREY BAILEY, SUSAN HICKS, and DON WILLIAMS,
individually and on behalf of
all others similarly situated     PLAINTIFFS

v.     **ORDER**

STATE FARM FIRE AND CASUALTY COMPANY     DEFENDANT

\*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\*

This matter came to be heard on the Parties' Joint Motion to Stay, and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the Parties' Joint Motion to Stay is GRANTED. All proceedings, including discovery, in this action are STAYED until either the date that the Kentucky Supreme Court (i) declines to consider the question certified by Order dated October 5, 2015 in *Dr. Gary Brown, DMD, PSC, et al. v. Travelers Casualty Insurance Company of America, et al.*, Civil No. 15-50-ART (E.D. Ky.); or (ii) decides the certified question in *Brown*.

The deadlines contained in the September 17, 2015 Scheduling Order in this Action shall run from the date the stay is lifted upon the occurrence of either the Kentucky Supreme Court (i) declining to consider the certified question; or (ii) deciding the certified question in *Brown*. DE 59.

The Parties are directed to promptly inform the Court of the occurrence of either the Kentucky Supreme Court (i) declining to consider the certified question; or (ii) deciding the certified question in *Brown*.



Signed By:
*Henry R. Wilholt, Jr.*
**United States District Judge**

Dated: 10-29-15