UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
ASHLAND DIVISION

*ELECTRONICALLY FILED*

| | |
|---|---|
| JEFFREY BAILEY, SUSAN HICKS, and DON WILLIAMS, individually and on behalf of all others similarly situated, | No. 14-CV-00053-HRW |
| Plaintiff, | |
| v. | Hon. Henry R. Wilhoit |
| STATE FARM FIRE AND CASUALTY COMPANY, | |
| Defendant. | |

## AGREED ORDER OF DISMISSAL OF STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

The parties having conferred and reached agreement, and the Court being otherwise duly and sufficiently advised:

**IT IS HEREBY ORDERED** that, based upon the agreement of the parties, and given that State Farm Mutual Automobile Insurance Company is not a named defendant in the Second Amended Class Action Complaint and Jury Demand filed on August 19, 2015 (DE 55), State Farm Mutual Automobile Insurance Company is hereby dismissed without prejudice as a named defendant in this action. State Farm Fire and Casualty Company is the correct and only named defendant. The court docket and style shall be corrected to reflect this dismissal and State Farm Fire and Casualty Company substituted as the proper defendant as needed.

Dated: 10-29-15



Signed By:
*Henry R. Wilhoit, Jr.*
United States District Judge

HAVE SEEN AND AGREED TO:

*/s/David T. Klapheke*
David T. Klapheke
BOEHL STOPHER & GRAVES, LLP
400 West Market Street, Suite 2300
Louisville, KY 40202
(502) 589-5980
dklapheke@bsg-law.com

*and*

Joseph A. Cancila, Jr. (*pro hac vice*)
Heidi Dalenberg (*pro hac vice*)
Tal Chaiken (*pro hac vice*)
SCHIFF HARDIN LLP
6600 Willis Tower
233 S. Wacker Drive
Chicago, IL  60606
312-258-5500
jcancila@schiffhardin.com
hdalenberg@schiffhardin.com
tchaiken@schiffhardin.com


*COUNSEL FOR DEFENDANT STATE FARM MUTUAL*
*AUTOMOBILE INSURANCE COMPANY*

*/s/ Erik Peterson*  (with permission)
M. Austin Mehr
Philip G. Fairbanks
Erik D. Peterson
Bartley K. Hagerman
MEHR FAIRBANKS TRIAL LAWYERS, PLLC
201 West Short Street, Suite 800
Lexington, KY  40507
amehr@austinmehr.com
pgf@austinmehr.com
edp@austinmehr.com
bkg@austinmehr.com

and

J. Morgan Smith
RICHARDSON & SMITH, PSC
62 West Main Street
P.O. Box 1040

Owingsville, KY 40360
Tel. 606-674-8111
Fax. 606-674-6893

And

Paula Richardson
Richardson, Barber & Williamson, PC
86 W. Main Street
P.O. Box 1169
Owingsville, KY 40360
Tel. 606-674-6337
Fax. 606-674-6090

*COUNSEL FOR PLAINTIFFS*