UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT ASHLAND
CIVIL ACTION NO. 14-CV-00053-HRW
*ELECTRONICALLY FILED*

JEFFREY BAILEY, SUSAN HICKS, and DON WILLIAMS,
individually and on behalf of all others
similarly situated                                                              PLAINTIFFS

v.                      **PLAINTIFFS' NOTICE OF DEPOSITION**

STATE FARM FIRE AND CASUALTY COMPANY                                DEFENDANT

\*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\*

Come the Plaintiffs, by and through counsel, and give notice they will take the deposition of Michael Berryman beginning at 11:00 a.m. (Central) on December 16, 2016, at Professional Reporters, 511 Couch Drive, Oklahoma City, Oklahoma.

The deposition will be stenographically recorded. Said deposition is being taken for the purposes of discovery and evidence, use at trial, and for all other purposes as provided for by the Federal Rules of Civil Procedure and the Federal Rules of Evidence.

Respectfully submitted,

*/s/ Erik D. Peterson*
M. AUSTIN MEHR
PHILIP G. FAIRBANKS
ERIK D. PETERSON
BARTLEY K. HAGERMAN
**Mehr, Fairbanks & Peterson**
  **Trial Lawyers, PLLC**
201 West Short Street, Suite 800
Lexington, KY 40507
Telephone:  859-225-3731
Facsimile:  859-225-3830
Email:  amehr@austinmehr.com
Email:  pgf@austinmehr.com
Email:  edp@austinmehr.com
Email:  bkh@austinmehr.com

and

J. MORGAN SMITH
**Richardson & Smith, PSC**
62 West Main Street – Post Office Box 1040
Owingsville, KY 40360
Telephone:  606-674-8111
Facsimile:  606-674-6893

and

PAULA RICHARDSON
**Richardson, Barber & Williamson, PSC**
86 West Main Street
P.O. Box 1169
Owingsville, KY 40360
Telephone:  606-674-6337
Facsimile:  606-674-6090

*Counsel for Plaintiffs and
the Proposed Class*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 13, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following registered participants:

- **Joseph A. Cancila , Jr**
  jcancila@rshc-law.com
- **Tal C. Chaiken**
  tchaiken@rshc-law.com
- **Heidi Dalenberg**
  hdalenberg@rshc-law.com
- **Harnaik (Nick) Singh Kahlon**
  nkahlon@rshc-law.com
- **Philip G. Fairbanks**
  pgf@austinmehr.com,amlopsc@yahoo.com,shall@austinmehr.com
- **Bartley K. Hagerman**
  bkh@austinmehr.com,amlopsc@yahoo.com,shall@austinmehr.com
- **David T. Klapheke**
  dklapheke@bsg-law.com,mklein@bsg-law.com
- **M. Austin Mehr**
  amehr@austinmehr.com,amlopsc@yahoo.com,pgf@austinmehr.com, shall@austinmehr.com
- **Erik David Peterson**
  edp@austinmehr.com,amlopsc@yahoo.com,shall@austinmehr.com
- **Paula Richardson**
  paula_richardson04@yahoo.com
- **Jessica Morgan Smith**
  j.morgan.smith11@gmail.com
- **Jacob L. Kahn**
  jkahn@rshc-law.com
- **Ryan P. Poscablo**
  rposcablo@rshc-law.com
- **Kevin Reidy**
  kreidy@rshc-law.com

                                                        /s/ Erik D. Peterson
                                                        ERIK D. PETERSON