UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT ASHLAND
CIVIL ACTION NO. 14-CV-00053-HRW
*ELECTRONICALLY FILED*

JEFFREY BAILEY, SUSAN HICKS, and DON WILLIAMS,
individually and on behalf of all others
similarly situated                                                              PLAINTIFFS

v.   **ORDER DISMISSING THE INDIVIDUAL CLAIMS OF JEFFREY BAILEY**

STATE FARM FIRE AND CASUALTY COMPANY                        DEFENDANT

** ** ** ** ** ** ** ** ** ** **

Plaintiff Jeffrey Bailey, filed a Motion to Dismiss the Individual Claims of Jeffrey Bailey

pursuant to Federal Rule of Civil Procedure 41(a)(2),

IT IS HEREBY ORDERED that the individual claims of Plaintiff Jeffrey Bailey are hereby

dismissed with prejudice.  This Order does not affect the claims of Plaintiffs Susan Hicks and Don

Williams, or the claims asserted by Susan Hicks and Don Williams on behalf of the proposed class.

Dated: 2-16-17

Signed By:
*Henry R. Wilhoit, Jr.*
United States District Judge

_____
JUDGE, U.S. DISTRICT COURT