## <u>INDEX OF EXHIBITS</u>

1.      Certified Policy for Plaintiff Don Williams

2.      Deposition of Plaintiff Susan Hicks dated November 10, 2016

3.      Expert Report of Michael J. Berryman dated November 18, 2016 [Confidential]

4.      Plaintiff Susan Hicks's Response to State Farm's 1st Set of Requests for Admission

5.      Deposition of Plaintiff Don Williams dated November 9, 2016

6.      Jeffrey Bailey Claim File Excerpt – April 10, 2012 Estimate

7.      Declaration of John MacMillan dated March 23, 2017

8.      Declaration of Juan L. Guevara dated August 15, 2016 [Confidential]

9.      Deposition of Juan L. Guevara, Jr. dated September 2, 2016 [Confidential]

10.     Declaration of Chris Blair dated August 15, 2016 [Confidential]

11.     State Farm's Responses to First Set of Interrogatories [Confidential]

12.     Deposition of Donald Vinciguerra dated October 21, 2015 (*Dennington/Stuart*) [Confidential]

13.     Petition for Writ of Mandamus of State Farm Fire and Casualty Company (*Labrier*) [Confidential]

14.     Declaration of Lisa O'Toole dated July 25, 2016 (*Labrier*)

15.     State Farm's Plan for Add'l Response to Plaintiff's 2nd Interrogatories (*Labrier*) [Confidential]

16.     Jeffrey Bailey Claim File Excerpt – Payments Page

17.     December 19, 2014 Letter to Hicks Regarding Demolition Payment

18.     Deposition of Saul Solomon dated November 7, 2016 [Confidential]

19.     Deposition of John MacMillan dated September 2, 2016 [Confidential]

20.     Declaration of James Musser dated May 12, 2016 [Confidential]

21.     Declaration of Saul Solomon dated October 18, 2016 [Confidential]

22.     Rebuttal Declaration of Saul Solomon (*Dennington/Stuart*) [Confidential]

23.     Deposition of Saul Solomon (*Dennington/Stuart*) [Confidential]

24.     Expert Report of Michael F. O'Connor dated November 18, 2016 [Confidential]

25.     Expert Report of Stephen D. Prowse, Ph.D, CFA dated November 18, 2016 [Confidential]

26.     Order Recommending Granting Motion to Strike Class Allegations, *Wilcox v. State Farm Fire & Cas. Co.*, No. 14-cv-02798-RHK-FLN, Dkt. 82 at 8 (D. Minn. Sept. 7, 2016), and Order Adopting Recommendation, Dkt. 87 at 1 (D. Minn. Nov. 1, 2016).

27.     Kentucky structural claim data report, BAILEYJ00022284PROD, submitted in disc format [Confidential]

28.     Excerpt from Expert Report of Michael F. O'Connor – File Review Summary Table [Confidential]

29.     "An Act to Amend the Property and Casualty Law; to Clarity the Depreciation Applicable when Determining the Value of Damaged Property; and for Other Purposes," Act 279, Ark. § 23-88-106(a)(2) & (b)(1) (2017).