# Exhibit 3



# Berryman

426 N.W. 5TH
Oklahoma City, OK  73102
Office: (405) 235-4646
Fax: (405) 235-3311
Email:  mberryman@berrymanokc.com

Confidential Pursuant to Protective Order

November 18, 2016

Joseph A. Cancila, Jr.
Riley Safer Holmes & Cancila, LLP
Three First National Plaza
70 West Madison Street, Suite 2900
Chicago, Illinois  60602

**Re:**   **Jeffrey Bailey, Susan Hicks, et al.,**
         **Plaintiffs**

         **v.**

         **State Farm Fire & Casualty Company,**
         **Defendant**
         **United States District Court**
         **Eastern District of Kentucky**
         **Ashland Division**
         **Case No. 14-cv-00053-HRW**

Dear Mr. Cancila:



Confidential Pursuant to Protective Order

Jeffrey Bailey, Susan Hicks, et al. v. State Farm Fire & Casualty Company

U.S.D.C., Eastern District of Kentucky

Confidential Pursuant to Protective Order

Jeffrey Bailey, Susan Hicks, et al. v. State Farm Fire & Casualty Company
U.S.D.C., Eastern District of Kentucky

Confidential Pursuant to Protective Order

November 18, 2016
Page 4

Jeffrey Bailey, Susan Hicks, et al. v. State Farm Fire & Casualty Company
U.S.D.C., Eastern District of Kentucky

Confidential Pursuant to Protective Order

November 18, 2016
Page 5

Confidential Pursuant to Protective Order

Jeffrey Bailey, Susan Hicks, et al. v. State Farm Fire & Casualty Company
U.S.D.C., Eastern District of Kentucky

November 18, 2016
Page 6

Confidential Pursuant to Protective Order

Jeffrey Bailey, Susan Hicks, et al. v. State Farm Fire & Casualty Company
U.S.D.C., Eastern District of Kentucky

November 18, 2016
Page 7

Jeffrey Bailey, Susan Hicks, et al. v. State Farm Fire & Casualty Company
U.S.D.C., Eastern District of Kentucky

Confidential Pursuant to Protective Order

Confidential Pursuant to Protective Order

Jeffrey Bailey, Susan Hicks, et al. v. State Farm Fire & Casualty Company
U.S.D.C., Eastern District of Kentucky

Confidential Pursuant to Protective Order

November 18, 2016
Page 10

Confidential Pursuant to Protective Order

Jeffrey Bailey, Susan Hicks, et al. v. State Farm Fire & Casualty Company
U.S.D.C., Eastern District of Kentucky

November 18, 2016
Page 14

Confidential Pursuant to Protective Order

Confidential Pursuant to Protective Order

Jeffrey Bailey, Susan Hicks, et al. v. State Farm Fire & Casualty Company

U.S.D.C., Eastern District of Kentucky

Confidential Pursuant to Protective Order

Jeffrey Bailey, Susan Hicks, et al. v. State Farm Fire & Casualty Company
U.S.D.C., Eastern District of Kentucky

Confidential Pursuant to Protective Order

Confidential Pursuant to Protective Order

Jeffrey Bailey, Susan Hicks, et al. v. State Farm Fire & Casualty Company                November 18, 2016
U.S.D.C., Eastern District of Kentucky                                                                      Page 24

Confidential Pursuant to Protective Order

Jeffrey Bailey, Susan Hicks, et al. v. State Farm Fire & Casualty Company
U.S.D.C., Eastern District of Kentucky

November 18, 2016
Page 25

Jeffrey Bailey, Susan Hicks, et al. v. State Farm Fire & Casualty Company
U.S.D.C., Eastern District of Kentucky

November 18, 2016
Page 26

Jeffrey Bailey, Susan Hicks, et al. v. State Farm Fire & Casualty Company

November 18, 2016

U.S.D.C., Eastern District of Kentucky

Page 27

Jeffrey Bailey, Susan Hicks, et al. v. State Farm Fire & Casualty Company
U.S.D.C., Eastern District of Kentucky

November 18, 2016
Page 28

Confidential Pursuant to Protective Order

Confidential Pursuant to Protective Order

Jeffrey Bailey, Susan Hicks, et al. v. State Farm Fire & Casualty Company

U.S.D.C., Eastern District of Kentucky

Confidential Pursuant to Protective Order

November 18, 2016

Page 30

Confidential Pursuant to Protective Order

Jeffrey Bailey, Susan Hicks, et al. v. State Farm Fire & Casualty Company
U.S.D.C., Eastern District of Kentucky

November 18, 2016
Page 31

Jeffrey Bailey, Susan Hicks, et al. v. State Farm Fire & Casualty Company   November 18, 2016
U.S.D.C., Eastern District of Kentucky   Page 32

Jeffrey Bailey, Susan Hicks, et al. v. State Farm Fire & Casualty Company

U.S.D.C., Eastern District of Kentucky

November 18, 2016

Page 34

Confidential Pursuant to Protective Order

Confidential Pursuant to Protective Order

Jeffrey Bailey, Susan Hicks, et al. v. State Farm Fire & Casualty Company

U.S.D.C., Eastern District of Kentucky

Confidential Pursuant to Protective Order