# Exhibit 24

Confidential Proprietary - Produced Pursuant to Protective Order

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**ASHLAND DIVISION**

| | |
|---|---|
| JEFFREY BAILEY, SUSAN HICKS, and DON WILLIAMS, individually and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) Civil Action No. 14-CV-00053-HRW ) ) |
| Defendant. | ) ) ) ) ) |

EXPERT REPORT OF MICHAEL F. O'CONNOR

November 18, 2016

Confidential Proprietary - Produced Pursuant to Protective Order

REPORT OF MICHAEL F. O'CONNOR - 2

Confidential Proprietary - Produced Pursuant to Protective Order

Confidential Proprietary - Produced Pursuant to Protective Order

Confidential Proprietary - Produced Pursuant to Protective Order

Confidential Proprietary - Produced Pursuant to Protective Order

REPORT OF MICHAEL F. O'CONNOR - 6

Confidential Proprietary - Produced Pursuant to Protective Order

Confidential Proprietary - Produced Pursuant to Protective Order

REPORT OF MICHAEL F. O'CONNOR - 8

Confidential Proprietary - Produced Pursuant to Protective Order

Confidential Proprietary - Produced Pursuant to Protective Order

Confidential Proprietary - Produced Pursuant to Protective Order

Confidential Proprietary - Produced Pursuant to Protective Order

Confidential Proprietary - Produced Pursuant to Protective Order

Confidential Proprietary - Produced Pursuant to Protective Order

Confidential Proprietary - Produced Pursuant to Protective Order

Confidential Proprietary - Produced Pursuant to Protective Order

Confidential Proprietary - Produced Pursuant to Protective Order

Confidential Proprietary - Produced Pursuant to Protective Order

Confidential Proprietary - Produced Pursuant to Protective Order

Confidential Proprietary - Produced Pursuant to Protective Order

Confidential Proprietary - Produced Pursuant to Protective Order

Confidential Proprietary - Produced Pursuant to Protective Order

Confidential Proprietary - Produced Pursuant to Protective Order

Confidential Proprietary - Produced Pursuant to Protective Order

Confidential Proprietary - Produced Pursuant to Protective Order

Confidential Proprietary - Produced Pursuant to Protective Order

Confidential Proprietary - Produced Pursuant to Protective Order

Confidential Proprietary - Produced Pursuant to Protective Order

Confidential Proprietary - Produced Pursuant to Protective Order

Confidential Proprietary - Produced Pursuant to Protective Order

Confidential Proprietary - Produced Pursuant to Protective Order

Confidential Proprietary - Produced Pursuant to Protective Order

Confidential Proprietary - Produced Pursuant to Protective Order

Confidential Proprietary - Produced Pursuant to Protective Order

Confidential Proprietary - Produced Pursuant to Protective Order

Confidential Proprietary - Produced Pursuant to Protective Order

Confidential Proprietary - Produced Pursuant to Protective Order

Confidential Proprietary - Produced Pursuant to Protective Order

Confidential Proprietary - Produced Pursuant to Protective Order

Confidential Proprietary - Produced Pursuant to Protective Order

Confidential Proprietary - Produced Pursuant to Protective Order

Confidential Proprietary - Produced Pursuant to Protective Order

Confidential Proprietary - Produced Pursuant to Protective Order

Confidential Proprietary - Produced Pursuant to Protective Order

Confidential Proprietary - Produced Pursuant to Protective Order

Confidential Proprietary - Produced Pursuant to Protective Order

Confidential Proprietary - Produced Pursuant to Protective Order

Confidential Proprietary - Produced Pursuant to Protective Order

Confidential Proprietary - Produced Pursuant to Protective Order

Confidential Proprietary - Produced Pursuant to Protective Order









**Confidential Proprietary - Produced Pursuant to Protective Order**



**Confidential Proprietary - Produced Pursuant to Protective Order**



Confidential Proprietary - Produced Pursuant to Protective Order



**Confidential Proprietary - Produced Pursuant to Protective Order**



**Confidential Proprietary - Produced Pursuant to Protective Order**



Confidential Proprietary - Produced Pursuant to Protective Order



**Confidential Proprietary - Produced Pursuant to Protective Order**



**Confidential Proprietary - Produced Pursuant to Protective Order**



**Confidential Proprietary - Produced Pursuant to Protective Order**

