# Exhibit 25

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## ASHLAND DIVISION

| | |
|---|---|
| **JEFFREY BAILEY, SUSAN HICKS, and DON WILLIAMS, individually and on behalf of all others similarly situated,** | |
| **Plaintiffs,** | |
| **v.** | **Civil Action No. 14-CV-00053-HRW** |
| **STATE FARM FIRE AND CASUALTY COMPANY** | |
| **Defendant.** | |

### EXPERT WITNESS REPORT OF STEPHEN D. PROWSE, Ph.D, CFA



- 1 -

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER



CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER



CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER



CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER



CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER



CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER



CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER



CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER



CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER



CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER