UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
at ASHLAND

CIVIL ACTION NO. 14-53-HRW

SUSAN HICKS and DON WILLIAMS,
*individually and on behalf of others
similarly situated,*                                                              PLAINTIFF,

v.                                          **ORDER**

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,                                                       DEFENDANT

On March 25, 2015, this Court granted in part and denied in part Defendant State Farm Fire and Casualty Company's motion seeking dismissal of this action. Dismissal was denied only as to the breach of contract claim [Docket No. 42].

On September 20, 2017, State Farm filed a Motion for Section 1292(b) Finding and for a Stay [Docket No. 163].

Upon consideration of the Motion, and finding that the requirements under 28 U.S.C. § 1292(b) are satisfied, specifically, that Plaintiffs' allegations of breach of contract involve a controlling question of law as to which there is substantial ground for difference of opinion, such that an immediate appeal may materially advance the ultimate termination of this litigation, it is **HEREBY ORDERED**:

1)   Defendant's Motion for Section 1292(b) Finding and for a Stay [Docket No. 163] be **SUSTAINED**.

2) The March 25, 2015 Order be **AMENDED** as follows:

The Court hereby finds, pursuant to 28 U.S.C. § 1292(b) that this Order involves a controlling question of law as to which there is substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of this litigation.

3) This action is **STAYED** until such time as the Sixth Circuit Court of Appeals either has declined to accept an interlocutory appeal or appellate proceedings before that Court have fully concluded.

This 17th day of October, 2017.



Signed By:
*Henry R. Wilhoit, Jr.*
United States District Judge